MICHAEL I. GOWDEY, ESQ.
Nevada Bar No. 6994
Law Offices of Michael I. Gowdey, Ltd.
815 S. Casino Center Blvd.
Las Vegas, NV 89101
Attorney for Plaintiff
ZIPORA KELLER

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| ZIPORA KELLER, an Individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE CO.; DOE INDIVIDUALS I-X, ROE ENTITIES I-X, inclusive,<br>　　　　Defendants. | Case No.: 2:20-cv-02335-RFB-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR COUNSEL TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONT O DISMISS** |

　　　　COME NOW, counsel for Plaintiff, MICHAEL I. GOWDEY, ESQ., and counsel for Defendants, WADE M. HANSARD, ESQ. and hereby submit this Stipulation for Extension of Time for Plaintiff to File Opposition to Defendant's Motion to Dismiss or in the Alternative, to Sever/Bifurcate and Stay Claims for Bad Faith.

　　　　Plaintiff's Opposition was calendared for January 20, 2021. However, Plaintiff's counsel had total hip replacement surgery in late December, 2020, and just recently returned to work after a multi-week convalescence. As a result, Defendant's counsel has granted Plaintiff's request for a one-week extension of the time to file Plaintiff's Opposition. Plaintiff's Opposition will be due on January 27, 2021. Pursuant to stipulation, Defendant's time to file it's Reply Brief will not begin to run until Plaintiff's Opposition has been filed.

It is so stipulated.

Dated this 20th Day of January, 2021

_____
MICHAEL I. GOWDEY, ESQ.
Nevada Bar No. 6994
Law Offices of Michael I. Gowdey, Ltd.

815 S. Casino Center Blvd.
Las Vegas, NV 89101
Attorney for Plaintiff
ZIPORA KELLER

_____
WADE M. HANSARD, ESQ.
Nevada Bar No. 8104
McCormick, Barstow, Sheppard, Wayne
And Carruth, LLP
8337 W. Sunset Road, Ste 350
Las Vegas, NV 89133
Attorney for Defendant
GEICO GENERAL INSURANCE CO.

## IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 22nd day of January, 2021.