1 | McCormick, Barstow, Sheppard,
    Wayte & Carruth LLP
2 | Jonathan W. Carlson
    Nevada Bar No. 10536
3 |   jonathan.carlson@mccormickbarstow.com
    Frank A. Toddre, II
4 | Nevada Bar No. 11474
      frank.toddre@mccormickbarstow.com
5 | Julianne M. Ference
    Nevada Bar No. 16164C
6 |   julianne.ference@mccormickbarstow.com
    8337 West Sunset Road, Suite 350
7 | Las Vegas, Nevada 89113
    Telephone:   (702) 949-1100
8 | Facsimile:   (702) 949-1101

9 | *Attorneys for GEICO GENERAL INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ZIPORA KELLER, an individual, | Case No. 2:20-cv-02335-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, DOE INDIVIDUALS I-X; ROE ENTITIES I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

///

///

///

///

///

///

///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:20-cv-02335-RFB-BNW
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Re: <u>Keller v. GEICO</u>
Case No. 2:20-cv-02335-RFB-BNW

Each party will bear their own costs and attorney's fees.

Dated: October 20, 2022

LAW OFFICES OF MICHAEL I. GOWDEY, ESQ.

By: /s/ Michael I. Gowdey
Michael I. Gowdey, Esq.
Nevada Bar No. 6994
815 S. Casino Center Blvd.
Las Vegas, NV 89101

*Attorney for Plaintiff ZIPORA KELLER*

Dated: October 25, 2022

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Frank A Toddre, II
Nevada Bar No. 11474
Julianne M Ference
Nevada Bar No. 16164C

*Attorneys for GEICO GENERAL INSURANCE COMPANY*

## ORDER

**IT IS SO ORDERED.**

DATED this 26th day of October, 2022.

RICHARD F. BOULWARE, II
**United States District Court**